The Honorable Karen A. Overstreet
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ENTELLIUM CORPORATION<br>1011 Western Ave., #800<br>Seattle, WA 98104<br>TAX ID 98-0388185,<br><br>          Debtor.<br><br>ENTELLIUM N.A.<br>1011 Western Ave., #800<br>Seattle, WA 98104<br>TAX ID 98-0388185,<br><br>          Debtor. | Lead Case No. 08-18286-KAO<br>(Administratively Consolidated with No. 08-18287)<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Silicon Valley Bank, Inc., a creditor in the above-captioned case, hereby appears through its counsel, Bruce J. Borrus, and Riddell Williams P.S. Counsel hereby requests that its name be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this case and that all notices and pleadings, except original process, be given and served upon the following person:

    Bruce J. Borrus
    Riddell Williams P.S.
    1001 4th Ave Ste 4500
    Seattle WA 98154-1192
    Phone: (206) 624-3600 / Fax: (206) 389-1708
    bborrus@riddellwilliams.com

DATED this 2nd day of December, 2008.

                    RIDDELL WILLIAMS P.S.

                    By _____
                          Bruce J. Borrus, WSBA #11751
                          Attorneys for Silicon Valley Bank

NOTICE OF APPEARANCE AND REQUEST
FOR SPECIAL NOTICE (NO. 08-18286) – 1
4821-1946-5731.01
63865.00001

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

Case 08-18286-KAO   Doc 30   Filed 12/02/08   Entered 12/02/08 16:54:28   Page 1 of 1