The Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | |
|---|---|
| ENTELLIUM CORPORATION,<br>1011 Western Ave., #800<br>Seattle, WA 98104<br>TAX ID 98-0388185,<br>Debtor. | No. 08-18286-KAO<br>(Administratively Consolidated with<br>No. 08-18287) |
| ENTELLIUM N.A.<br>1011 Western Ave., #800<br>Seattle, WA 98104<br>TAX ID 98-0388185,<br>Debtor. | NOTICE OF APPEARANCE AND<br>REQUEST FOR SPECIAL NOTICE |

Pursuant to Bankruptcy Rules 2002 and 9010, please take notice that LEIF JENSEN, as a party-in-interest in the above-captioned case, hereby appears through its counsel, Jameson Babbitt Stites & Lombard, P.L.L.C. Counsel hereby requests that its name be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this case and that all notices and pleadings, except original process, be given and served upon the following person:

> Bruce P. Babbitt, WSBA #4830
> Jameson Babbitt Stites & Lombard, P.L.L.C.
> 999 Third Avenue, Suite 1900
> Seattle, WA 98104
> Phone: 206-292-1994/ Fax: 206-292-2995
> Email: bbabbitt@jbsl.com

DATED this 4th day of December, 2008.

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.

By *s/Bruce P. Babbitt*
   Bruce P. Babbitt, WSBA #4830
Attorneys for Leif Jensen
bbabbitt@jbsl.com

NOTICE OF APPEARANCE & REQUEST FOR
SPECIAL NOTICE - 1
08-08286-KAO
52841\01000\318333.V01 BPB

JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 1900
SEATTLE, WA 98104-4001
TEL 206 292 1994     FAX 206 292 1995