HONORABLE KAREN A. OVERSTREET

**HEARING DATE: FRIDAY, APRIL 10, 2009**
**HEARING TIME: 11:00 A.M.**
**LOCATION: SEATTLE, COURTROOM 7206**
**RESPONSE DUE: FRIDAY, APRIL 3, 2009**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ENTELLIUM CORPORATION<br>11400 SE 6th Street #100<br>Bellevue, WA 98004<br>Tax ID 20-0596005,<br><br>             Debtor.<br><br>ENTELLIUM N.A.<br>11400 SE 6th Street #100<br>Bellevue, WA 98004<br>Tax ID 98-0388185,<br><br>             Debtor. | Lead Case No. 08-18286<br>(Administratively Consolidated with 08-18287)<br><br>DECLARATION OF RICHARD GINNIS IN SUPPORT OF FINAL APPLICATION FOR AUTHORITY TO EMPLOY GINNIS & CHALHOUB, LLC AS ACCOUNTANTS |

Richard Ginnis declares the following:

1. I am a principal of the accounting firm of Ginnis & Chalhoub LLC ("Ginnis & Chalhoub"). I have personal knowledge of the facts set forth herein, and am competent to testify to the same.

---

DECLARATION OF RICHARD GINNIS IN SUPPORT OF FINAL
APPLICATION FOR AUTHORITY TO EMPLOY GINNIS &
CHALHOUB, LLC AS ACCOUNTANTS – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2. Neither I nor the firm of Ginnis & Chalhoub, nor any employees thereof, insofar as I have been able to ascertain, is a creditor of this estate or represents any interest adverse to that of the Entellium Corporation or Entellium N.A. ("Debtors") in the matters for which Ginnis & Chalhoub is to be engaged.

3. Based on the foregoing, I believe the firm of Ginnis & Chalhoub is not a creditor of this estate and is a "disinterested person" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

4. I have advised the Debtor of the firm's willingness to serve as accountants under a general retainer based on time and standard billable charges. Currently, my hourly billing rate is $185 and Tracy Chalhoub's hourly billing rate is also $185.

5. On February 17, 2009, Ginnis & Chalhoub was employed on a conditional basis to prepare the Debtors' final tax returns and provide other accounting services necessary for the administration of the estate as may be required by the Debtors.

6. I have read Local Bankruptcy Rule 2016.

7. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 6th day of March, 2009.

*Richard Ginnis* (signature)
Richard Ginnis

DECLARATION OF RICHARD GINNIS IN SUPPORT OF FINAL APPLICATION FOR AUTHORITY TO EMPLOY GINNIS & CHALHOUB, LLC AS ACCOUNTANTS – Page 2

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1606 28001 uc050808