HONORABLE KAREN A. OVERSTREET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

ENTELLIUM CORPORATION
PO Box 53126
Bellevue, WA 98015
Tax ID 20-0596005,

        Debtor.

ENTELLIUM N.A.
PO Box 53126
Bellevue, WA 98015
Tax ID 98-0388185,

        Debtor.

Lead Case No. 08-18286
(Administratively Consolidated with 08-18287)

ORDER ALLOWING AND DISALLOWING CLAIMS

THIS MATTER came on regularly before the court on Entellium Corporation's Notice and Motion for Allowance of Claims and Objection to Claims, which requested an order approving or disapproving certain claims. The court finding that there were no objections except as noted below, and that notice was reasonable under the circumstances, it is hereby

ORDERED that:

ORDER ALLOWING AND DISALLOWING CLAIMS – Page 1

BUSH STROUT & KORNFELD
LAW OFFICES

5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1. The claims as set forth in Exhibit A attached hereto are allowed in the amounts and for the reasons set forth therein.

2. The claims set forth on Exhibit B attached hereto are disallowed in full for the reasons set forth therein.

3. The Exhibits attached hereto are incorporated herein by this reference.

4. The objections to and responses from [ ], [ ] and [ ], to their respective claims have been withdrawn with compromised claim amounts reflected in Exhibits A and B.

5. The Penalty Claims (as defined in the Motion) are disallowed.

DATED this _____ day of _____, 2009.

/s/ Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____
REET
UDGE

Presented by:

BUSH STROUT & KORNFELD

By    /s/ Katriana L. Samiljan
   Katriana L. Samiljan, WSBA #28672
Attorneys for Entellium Corporation

ORDER ALLOWING AND DISALLOWING CLAIMS – Page 2

BUSH STROUT & KORNFELD
LAW OFFICES
5000 Two Union Square
601 Union Street
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1606 28001 uj163807

Case 08-18286-KAO    Doc 304    Filed 12/02/09    Entered 12/02/09 16:29:41    Page 2 of 2

# Entellium Corporation

## Exhibit A
## PROPOSED ALLOWED CLAIMS

| EC POC # | Creditor Name | Entellium Corp POC Amount | Type of Claim | Proposed Allowed Amount | Reason |
|---|---|---|---|---|---|
| 91 | Charles Gregory | $183,706.26 | Unsecured Non-priority | $181,073.49 | Proof of claim amount included post-petition interest. Proposed allowed amount includes interest through the Petition Date only. |
| 102 | Ignition Managing Directors Fund II, LLC | $173,530.00 | Secured | $22,045.84 | Concurrent with the filing of this Motion, the Debtors have filed a motion seeking approval of a Settlement and Claim Treatment Agreement ("Settlement Agreement"). Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. See below for proposed treatment of this party's unsecured non-priority claim. |
| N/A | Ignition Managing Directors Fund II, LLC | N/A | Unsecured Non-priority | $155,229.74 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 103 | Ignition Venture Partners II, LP | $3,311,013.12 | Secured | $420,641.63 | Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. See below for proposed treatment of this party's unsecured non-priority claim. |
| N/A | Ignition Venture Partners II, LP | N/A | Unsecured Non-priority | $2,961,833.23 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 106 | Malaysia Venture Capital Management Berhad | $2,000,000.00 | Unsecured Non-priority | $2,085,917.81 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 79 | Middlefield Ventures, Inc. | $1,700,000.00 | Unsecured Non-priority | $1,741,731.51 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| N/A | Robert Louv | N/A | Unsecured Non-priority | $51,187.81 | This allowed amount is proposed in accordance with the Settlement Agreement and the treatment of other unsecured non-priority EC investor claims described therein. |
| 100 | Sigma Associates 7, L.P. | $ 72,911.67 | Secured | $12,416.99 | Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. See below for proposed treatment of this party's unsecured non-priority claim. |
| N/A | Sigma Associates 7, L.P. | N/A | Unsecured Non-priority | $61,228.01 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |

1

# Entellium Corporation

## Exhibit A
## PROPOSED ALLOWED CLAIMS

| | | | | | |
|---|---|---|---|---|---|
| 101 | Sigma Investors 7, L.P. | $13,370.07 | Secured | $2,268.89 | Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. See below for proposed treatment of this party's unsecured non-priority claim. |
| N/A | Sigma Investors 7, L.P. | N/A | Unsecured Non-priority | $11,235.06 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 99 | Sigma Partners 7, L.P. | $1,135,272.66 | Secured | $191,576.47 | Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. See below for proposed treatment of this party's unsecured non-priority claim. |
| N/A | Sigma Partners 7, L.P. | N/A | Unsecured Non-priority | $945,122.36 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 25 | Silicon Valley Bank | $2,549,281.46 | Secured | $179,824.44 | Pursuant to the Settlement Agreement, this party has agreed to a secured claim in this total amount. |
| N/A | State of Delaware | $1,706.97 | Unsecured Non-priority | $1,706.97 | Claim for franchise tax |
| 105 | WestRiver Capital, LLC | $732,743.08 | Unsecured Non-priority | $755,832.30 | Pursuant to the Settlement Agreement, this party has agreed to an unsecured non-priority claim in this total amount. |
| 26 | Wilson Sonsini Goodrich & Rosati | $383,110.45 | Unsecured Non-priority | $383,110.45 | Prepetition legal fees and costs |
| **TOTAL** | | | | **$10,163,983.00** | |

# Entellium Corporation

## Exhibit B
## PROPOSED DISALLOWED CLAIMS

| Corp POC # | Creditor Name | Entellium Corp POC Amount | Type | Reason |
|---|---|---|---|---|
| 93 | Action Press Inc. /dba Minuteman Press | 818.77 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 58 | Adi Razwadi Razali | 26,880.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 35 | Adilla Haryani Bte Hamdan | 26,057.14 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 5 | AF Services LLC | 11,500.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 17 | Appliance Service Station Inc. | 200.27 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 2 | Avaya Financial Services (CIT Communications) | 102,436.88 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 12 | Avaya Financial Services (CIT Communications) | 23,402.53 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 13 | Avaya Financial Services (CIT Communications) | 16,124.19 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 88 | B2B MarketDirect, Inc. | 1,990.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 41 | Beck Tai Peng | 50,880.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |

1

**Entellium Corporation**

**Exhibit B**
**PROPOSED DISALLOWED CLAIMS**

| | | | | |
|---|---|---|---|---|
| 56 | Boh Kee Lin | 21,257.14 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 68 | Cheng Wee Chian | 44,571.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 53 | Chong Tze Ling | 30,857.14 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 52 | Choong Zin Jye | 24,000.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 107 | Commission Junction, Inc. | 5,175.90 | Unsecured | Claim filed after claims bar date |
| 108 | Corporation Service Company | 366.00 | Unsecured | Claim filed after claims bar date |
| 78 | Deft Courier | 252.23 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 1 | Dell Business Credit | 88,193.68 | Unsecured Non-Priority | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 55 | Derrick Cheah Tu Jee | 48,000.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 22 | Design Commission, Inc. | 18,020.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 28 | Dining Alliance | 2,400.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 74 | Doug Thurmon | 2,775.02 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 92 | Eddicott Group LTD. | 50,000.00 | Unsecured | Claim based on common shares held by creditor |
| 96 | Entrepreneur.com Inc. | 6,314.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 86 | Express One | 4,008.73 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |

2

| | | | | |
|---|---|---|---|---|
| | **Entellium Corporation** | | | |
| | **Exhibit B** **PROPOSED DISALLOWED CLAIMS** | | | |
| 18 | FedEx Kinko's | 2,825.66 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 38 | Gan Boon Leong | 31,542.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 87 | Gartner | 10,500.00 | Unsecured | Claim duplicate to ENA POC 9 which is to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 9 | Gartner Inc | 10,500.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 20 | General Electric Capital Corp. | 36,903.39 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 64 | Goh Chin Hwee | 29,005.71 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 48 | Goh Chin Zhi | 41,142.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 46 | Ham Yong Boon | 29,485.71 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 75 | Hart Health & Safety Inc. | 102.37 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 24 | Hartford Fire Insurance Company | - | Unsecured | EC's records show that no amounts are owed to this claimant. |
| 67 | Ho Wye Ee | 96,000.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 11 | Hong Kong Surgical Specialists/Eddicott Group Ltd | - | Unsecured | Claim is for 498,000 shares common stock |
| 3 | Identitymine | 102,530.58 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 15 | Infotriever Inc. | 77,014.50 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |

3

| | | | | |
|---|---|---|---|---|
| | **Entellium Corporation** | | | |
| | **Exhibit B** **PROPOSED DISALLOWED CLAIMS** | | | |
| 16 | Intercall | 60,788.87 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| N/A | Internal Revenue Service | $30,0000 | Unsecured Non-priority | See Motion |
| 84 | Jason Baum | 2,775.02 | Priority Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 54 | Joyce Ooi Jun Li | 23,314.28 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 42 | Koo Sin Loong | 50,880.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 39 | Kum June Yapp | 36,754.28 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 4 | Laurel Group, LLC | 38,218.94 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 43 | Lee Chee Keong | 63,565.71 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 44 | Lee Hui Yen | 33,942.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 69 | Lee Swee Mei | 42,582.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 47 | Lee Szee Ling | 24,000.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |

4

# Entellium Corporation

## Exhibit B
## PROPOSED DISALLOWED CLAIMS

| | | | | |
|---|---|---:|---|---|
| 66 | Lee Tian Loy | 19,131.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 40 | Lee Wee Choong | 45,257.14 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 71 | Leong Pui Yee | 23,382.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 80 | Lief Jensen | 9,669.09 | Priority Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 59 | Liew Tiong Gee | 22,011.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 61 | Lim Chen Wai | 21,188.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 57 | Lim Kah Fui | 33,942.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 32 | Lim Kui Choon | 98,413.71 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 60 | Low Chye Ting | 24,068.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 29 | M.C. Sign Company | 500.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 90 | Mark William Nicol | 5,000.00 | Unsecured | Claim based on common shares held by creditor |

| | **Entellium Corporation** | | | |
|---|---|---|---|---|
| | **Exhibit B** **PROPOSED DISALLOWED CLAIMS** | | | |
| 82 | McCallum Print Group | 10,719.06 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 10 | Menzie's Chartered Accountants | £1,586.25 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 31 | Merrill Communications LLC | 4,055.56 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 34 | Modh Farith Ahmad Zuhdi | 37,097.14 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 97 | Montgomery & Co.,LLC | 76,419.72 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 19 | Mountbracken & Campbell | 4,500.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 85 | Nave Communications | | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 70 | Ng Xiao Qian | 29,211.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 81 | nResult | 7,200.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 30 | Odigo Marketing Services, LLC | 20,000.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 8 | Office Team/Accountemps/Robert Half | 11,600.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 83 | PayneSpencer LLC | 2,250.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 95 | Premiere Global Services | 6,593.60 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 21 | Preston Gates & Ellis LLP | 56,273.35 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 94 | PSS USA Inc. | 1,320.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 33 | Raveentheran Suntheralingam | 192,000.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of |

# Entellium Corporation

## Exhibit B
## PROPOSED DISALLOWED CLAIMS

| | | | | |
|---|---|---|---|---|
| | | | | claim as directed by the Court. |
| 89 | Selling Power Magazine Inc. | 32,000.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 63 | Shah Zuhair Bin Shafie | 38,880.00 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 37 | Shariffah Sharian Binti Syed Hamzah | 21,188.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 77 | Shred It | 297.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 7 | Success Factors | 50,350.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 36 | Sukvider Singh a/l Chet Singh | 21,188.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 45 | Sylvia Wee | 28,251.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 51 | Tan Fong Li | 28,251.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 50 | Tan Li Meng | 30,171.42 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 104 | Terence Michael Murphy | 28,942.31 | Priority Unsecured | Claim to be allowed or purusant to order allowing and/or disallowing claims against ENA. |
| 73 | Thrombovision | 6,250.00 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |

7

# Entellium Corporation

## Exhibit B
## PROPOSED DISALLOWED CLAIMS

| | | | | |
|---|---|---|---|---|
| 98 | TIM Inc./dba T&M Vending | 19,005.37 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 6 | Time Warner Telecom | 1,113.09 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 14 | T-Mobile #2403 | 576.53 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 109 | tw telecom, inc. | 20,526.48 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 23 | Veer/Corbis Corp | 499.99 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 27 | Verizon Wireless West | 1,124.28 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 72 | Vicknesh Velaitham | 21,188.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 76 | Victory Studios LLC | 10,551.22 | Unsecured | Claim to be allowed or disallowed pursuant to order allowing and/or disallowing claims against ENA. |
| 49 | Visvabarathy AL Velayutham | 35,314.28 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 62 | Wong May Lee | 21,188.57 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |
| 65 | Yap Kin Choong | 32,502.85 | Priority Unsecured | Claim asserted by former employee of Entellium Malaysia. Claim was settled and Entellium Malaysia was released. Creditor failed to file adversary proceeding by August 17, 2009 to determine validity and amount of claim as directed by the Court. |

8